UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| ERIE COUNTY PLASTICS CORPORATION, Debtor. | BANKRUPTCY NO. 08-11860 WWB |
| | THE HONORABLE WARREN W. BENTZ |
| | CHAPTER 11 |
| | RELATED TO DOCUMENT NOS. 359, 360, 361 |
| | DATE & TIME OF HEARING: |
| | July 20, 2009 @ 11:30 a.m. |

## ORDER CONFIRMING PLAN

The Chapter 11 Plan of Orderly Liquidation Jointly Filed by the Debtor and the Official Committee of Unsecured Creditors filed by the Debtor on May 6, 2009 (Document No. 360) and a Summary thereof (Document No. 361) having been transmitted to all creditors, equity secured holders, and parties in interest; and

It having been determined, after hearing and notice, that the requirements for confirmation have been satisfied;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plan is CONFIRMED; and it is further

ORDERED that despite any language in the Plan to the contrary, the members of the Official Committee of Unsecured Creditors are not released of any liability to the estate on Estate Litigation; and it is further

ORDERED that notwithstanding anything to the contrary in the Plan, this Order or the transactions contemplated thereby, The Dow Chemical Company and its subsidiaries and its affiliates (collectively "Dow") shall not be a party providing a release and shall not be subject to Article XIV of the Plan. Further, the provisions of the Plan dealing with the release of claims, waiver of claims, or injunction against pursuit of any claims, indemnification, or prohibition of the raising of defenses shall be ineffective as to Dow. The ineffective provisions of the plan shall include, but not be limited to, Article XIV and paragraphs 7.7, 7.8, 8.15, 13.6, and 13.7.

Dated: July 27, 2009

Warren W. Bentz
United States Bankruptcy Judge

Consented to:

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esquire
The Bernstein Law Firm
2200 Gulf Tower
Pittsburgh, PA 15219

Counsel for the Official
Committee of Unsecured
Creditors

By: /s/ Lawrence Bolla
Quinn Buseck Leemhuis
Toohey & Kroto Inc
2222 West Grandview Blvd.
Erie, PA 16506-4508

Attorney for Debtor

By: /s/ Martin J. Weis
Martin J. Weis, Esquire
Dilworth Paxson, LLP
1500 Market Street
Suite 3500 E
Philadelphia, PA 19102

Attorney for DOW Chemical Company



FILED
JUL 27 2009
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE